# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>LATRELLE STRICKLIN,<br>Plaintiff,<br>v.<br>P.O. B.O. CHINCHILLA #9445, P.O. A. LANGUNAS #9916, individually, and the CITY OF CHICAGO<br>Defendants. | Case Number:<br><br>FILED: JULY 30, 2008<br>08CV4321<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE SCHENKIER<br><br>PH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Latrelle Stricklin

---

| | |
|---|---|
| **NAME (Type or print)**<br>Gregory E. Kulis | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/  /s/ Gregory E. Kulis | |
| **FIRM**<br>GREGORY E. KULIS & ASSOCIATES, LTD. | |
| **STREET ADDRESS**<br>30 N. LaSalle Street, Suite 2140 | |
| **CITY/STATE/ZIP**<br>Chicago, IL  60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6180966 | **TELEPHONE NUMBER**<br>312-580-1830 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |